DANIEL P. MAGUIRE (SBN 191666)
423 E Street
Davis, CA 95616
Telephone: (530) 750-3661
Facsimile: (530) 750-3793

Attorney for Plaintiff Jeffrey Clark

DANIELLE Y. ROGERS (SBN 209048)
1880 Cowell Blvd, #165
Davis, CA 95616-6308
drogersesq@hotmail.com

Attorney for Plaintiff Jeffrey Clark

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CLARK, | No.   CIV. S-04-1618 FCD KIM |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | Complaint Filed: August 10, 2004 |
| HAMMACHER SCHLEMMER & CO., INC., and PHYSICIAN ENDORSED, LLC, | |
| Defendants. | |

Plaintiff Jeffrey Clark hereby substitutes Danielle Rogers in place of Daniel Maguire as his counsel in this action.

Dated: August 26, 2005         By:    /S/ Jeffrey Clark
                                      Jeffrey Clark

Dated:  August 25, 2005        By:    /S/ Daniel Maguire
                                      Daniel P. Maguire

Dated: August 25, 2005         By:    /S/ Danielle Y. Rogers
                                      Danielle Y. Rogers

SO ORDERED:

Dated: September 8, 2005       By: /s/ Frank C. Damrell Jr.
                                      **U.S. District Court Judge**

-1-
**Substitution of Attorney**